UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAMAR D. COX, | ) |
|       Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:17-CV-433-FL |
| CONDUENT, INC., | ) |
|       Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 8, 2018, that this case is remanded to the General Court of Justice, Superior Court Division, Wake County, North Carolina, pursuant to 28 U.S.C. § 1447(c).

**This Judgment Filed and Entered on February 8, 2018, and Copies To:**
Lamar D. Cox (via US mail)
Elizabeth A. Martineau, MaryJo L. Roberts, Crystal-Gaye Melissa Trotter (via CM/ECF electronic delivery)
The Honorable Jennifer Knox, Wake County Clerk of Superior Court (via U.S. mail) P O Box 351, Raleigh, NC 27602

February 8, 2018          PETER A. MOORE, JR., CLERK
                                         /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk